# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON JAYWANN JOHNSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No.: 1:19-cv-00139-AKK-JHE |
| ) | |
| **WARDEN CHRISTOPHER** ) | |
| **GORDY, et al.,** ) | |
| ) | |
| **Respondents.** | |

## MEMORANDUM OPINION

On April 12, 2019, the magistrate judge entered a Report and Recommendation, doc. 4, recommending that the petition for writ of habeas corpus be dismissed without prejudice as successive. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed. A separate order will be entered.

**DONE** the 9th day of May, 2019.

                                                                      **ABDUL K. KALLON**
                                                                      UNITED STATES DISTRICT JUDGE